GLADYS BUTLER, Respondent, *v.* CHAPIN MARCUS, Appellant.

(Argued March 8, 1934; decided March 23, 1934.)

*Herbert C. Smyth, William M. Butler* and *Frederick W. Bisgood* for appellant.

*Archibald R. Watson, Isidor Blum* and *Hyman W. Gamso* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.